**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1830**

In re:  JIMMY REID,

                        Petitioner.

On Petition for Writ of Mandamus.
(1:14-cv-00029-TDS-LPA)

Submitted:  November 18, 2014      Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jimmy Reid, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Reid petitions this court for a writ of mandamus, seeking an order directing the district court to rule on his 28 U.S.C. § 2254 (2012) petition. Our review of the district court's docket reveals that the court dismissed Reid's § 2254 petition by order entered on September 30, 2014. Accordingly, because Reid has received the relief he seeks, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>